Scott M. Kessler (SK 5510)
AKERMAN SENTERFITT LLP
*Attorneys for Defendant,*
  *Dixon Ticonderoga Company*
335 Madison Avenue, Suite 2600
New York, New York 10017
Telephone: (212) 880-3800
Facsimile: (212) 880-8965

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
                                                         :
CLASSY KID, INC.,                                        :         **ECF CASE**
                          Plaintiff,                     :
                                                         :         CIVIL ACTION NO. 07-CV-11175 (GEL)
           -v.-                                          :
                                                         :         **NOTICE OF APPEARANCE**
DIXON TICONDEROGA COMPANY,                               :
                                                         :
                          Defendant.                     :
                                                         :
-------------------------------------------------------- x

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that AKERMAN SENTERFITT LLP hereby appears in this action on behalf of Defendant, DIXON TICONDEROGA COMPANY, and requests that all notices given or required to be given and all papers served or filed in connection with this case be served upon their counsel at the following address, e-mail, telephone and telecopier numbers:

> Scott M. Kessler (SK 5510)
> AKERMAN SENTERFITT LLP
> 335 Madison Avenue, Suite 2600
> New York, New York 10017
> Telephone: (212) 880-3874
> Facsimile: (212) 905-6411
> scott.kessler@akerman.com

1

{NY026011;1}

Dated: New York, New York
       January 25, 2008

                                                    **AKERMAN SENTERFITT LLP**

                                                    By: _____
                                                    Scott M. Kessler  (SK 5510)
                                                    335 Madison Avenue, Suite 2600
                                                    New York, New York 10017
                                                    (212) 880-3800
                                                    *Attorneys for Defendant,*
                                                    *Dixon Ticonderoga Company*

To:     Jeffrey Sonnabend (JS 1243)
          SONNABENDLAW
          *Attorneys for Plaintiff, Classy Kid, Inc.*
          600 Prospect Avenue
          Brooklyn, New York 11215-6012
          Telephone: 718-832-8810
          jSonnabend@SonnabendLaw.com

{NY026011;1}