```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------- x

CLASSY KID, INC.,

                Plaintiff,

       -v.-

DIXON TICONDEROGA COMPANY,

             Defendant.

-------------------------------------------------- x

**ECF CASE**

CIVIL ACTION NO. 07-CV-11175 (GEL)

**STIPULATION AND [~~PROPOSED~~] ORDER**

WHEREAS, Plaintiff, CLASSY KID, INC. ("Plaintiff"), filed a Complaint against Defendant, DIXON TICONDEROGA COMPANY ("Defendant"), on December 11, 2007, alleging that Defendant has infringed on Plaintiff's trade dress;

WHEREAS, Plaintiff served Defendant with a Summons and a copy of the Complaint on January 8, 2008;

WHEREAS, pursuant to Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Defendant's response to Plaintiff's Complaint is due to be served on Monday, January 28, 2008;

WHEREAS, Defendant reasonably requires additional time to review and respond to the allegations of Plaintiff's Complaint;

WHEREAS, the parties agree that a brief enlargement of time for Defendant to respond to the Complaint is appropriate;

Subject to the approval of the Court, it is HEREBY STIPULATED AND AGREED, by and among the parties, that Defendant's time to move, answer, or otherwise respond to the Complaint in this action is extended through and including Monday, February 11, 2008.

{WP467432;1}

Dated:  January 2⁵ 2008.


Jeffrey Sonnabend (JS1243)
SONNABENDLAW
600 Prospect Avenue
Brooklyn, NY 11215-6012
Telephone: 718-832-8810
jSonnabend@SonnabendLaw.com

*Counsel for Plaintiff, Classy Kid, Inc.*


Scott Kessler (SK5510)
AKERMAN SENTERFITT LLP
335 Madison Avenue, 26th Floor
New York, NY 10017-4636
Telephone: 212-880-3800
scott.kessler@akerman.com

*Counsel for Defendant,*
*Dixon Ticonderoga Company*


**SO ORDERED**

BY: _____

HONORABLE GERARD E. LYNCH, U.S.D.J.

Dated:  1/30/08


{WP467432;1}

2