**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                                     :

CLASSY KID, INC.,                                 :

                     Plaintiff,              :        Case Number: 07-CV-11175 (GEL)

                                         :

               -v.-                    :        **NOTICE OF APPEARANCE**

                                         :

DIXON TICONDEROGA COMPANY,   :

                                         :

                     Defendant.          :

                                         :
---------------------------------------------------------- x

       PLEASE TAKE NOTICE that John C. Vetter of Akerman Senterfitt hereby appears as counsel for Defendant, DIXON TICONDEROGA COMPANY ("Dixon Ticonderoga"), in the above-captioned action.

       PLEASE TAKE FURTHER NOTICE that the undersigned hereby request that copies of all notices and other papers in this case be sent to:

                              John C. Vetter (JV8584)
                              **AKERMAN SENTERFITT**
                              222 Lakeview Avenue, 4th Floor
                              West Palm Beach, FL 33401
                              john.vetter@akerman.com


Dated:  February 26, 2008           Respectfully submitted,
         West Palm Beach, FL


                                 */s/ John C. Vetter*
                              John C. Vetter (JV8584)
                              **AKERMAN SENTERFITT**
                              222 Lakeview Avenue, 4th Floor
                              West Palm Beach, FL 33401
                              Telephone: (561) 653-5000
                              Facsimile:  (561) 659-6313
                              john.vetter@akerman.com
                              *Attorneys for Defendant*
                              *Dixon Ticonderoga Company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 26, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          By: /s/ John C. Vetter
                                                 John C. Vetter

**SERVICE LIST**
Classy Kid, Inc. v. Dixon Ticonderoga Company
Case no. 07-Civ-11175 (GEL)
United States District Court, Southern District of New York

| | |
|---|---|
| **Jeffrey Sonnabend**<br>Sonnabendlaw<br>600 Prospect Avenue<br>Brooklyn, NY 11215<br>(718)-832-8810<br>Fax: (718)-832-2767<br>Email: jsonnabend@sonnabendlaw.co<br><br>*Attorneys for Plaintiff,*<br>Service by Notice of Electronic Filing | **Scott Michael Kessler**<br>Akerman Senterfitt, LLP<br>335 Madison Avenue<br>Suite 2600<br>New York, NY 10017<br>(212)880-3874<br>Fax: (212)-905-6411<br>Email: scott.kessler@akerman.com<br><br>*Attorneys for Defendant,*<br>Service by Notice of Electronic Filing |
| **John C. Vetter**<br>Akerman Senterfitt<br>222 Lakeview Avenue<br>West Palm Beach, FL 33401<br>(561) 653-5000<br>Fax: (561) 659-6313<br>Email: john.vetter@akerman.com<br><br>*Attorneys for Defendant,*<br>Service by Notice of Electronic Filing | |