**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/08

-----------------------------------------------------------x
Classy Kid, Inc.

    Plaintiff,

             v.

Dixon Ticonderoga Company,

    Defendant.
-----------------------------------------------------------x

07-cv-11175 (GEL)

NOTICE OF DISMISSAL

    Plaintiff hereby dismisses with prejudice the present action pursuant to Fed. R. Civ. P. 41(a)(1) as to all causes of action against Defendant. Defendant has not answered the instant complaint nor filed any motion for summary judgment as to any cause of action.

                         Respectfully submitted,
                         Classy Kid, Inc.
                         by its attorney,

                         Jeffrey Sonnabend (JS1243)
                         SonnabendLaw
                         600 Prospect Avenue
                         Brooklyn, NY 11215-6012
                         718-832-8810
                         JSonnabend@SonnabendLaw.com

                         Dated: June 2, 2008

SO ORDERED
_____
GERARD E. LYNCH, U.S.D.J.
6/4/08